UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

ROBERT CHANDLER,

       Plaintiff,

v.

S. LEWIS et al.,

       Defendants.
_____/

Case No. 1:18-cv-1102

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.


Dated: November 29, 2018           /s/ Paul L. Maloney
                                                       Paul L. Maloney
                                                       United States District Judge